IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2020 APR -7 PM 4:10

| | | |
|---|---|---|
| JASON HOOVER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br>     PLAINTIFF, <br><br> V. <br><br> GEORGETOWN MAC HAIK DODGE CHRYSLER JEEP, LTD. D/B/A MAC HAIK CHRYSLER DODGE JEEP RAM, <br>     DEFENDANT. | § § § § § § § § § § § § | CAUSE NO. 1-20-CV-154-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Georgetown Mac Haik Dodge Chrysler Jeep, Ltd. d/b/a Mac Haik Chrysler Dodge Jeep Ram is awarded its costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___7th___ day of April, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE